973 A.2d 382

RICHARD G. MURPHY, II, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF–PETITIONER, v. PUBLIC SERVICE ELECTRIC AND GAS COMPANY AND PSE & G TRANSITION FUNDING LLC, DEFENDANTS–RESPONDENTS.

May 8, 2009.

973 A.2d 382

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. LOUIS WATLEY, DEFENDANT–PETITIONER.

May 21, 2009.